Anna E. Lick, Respondent, v. The Town of Moravia, Appellant. — Court declines to consider this appeal (submitted without argument) for the reason that the papers contained in the appeal-book are not certified to be "a copy of the papers used before the court on the hearing of the motion," as required by section 1353 of the Code of Civil Procedure; also that the case, which is a part of the appeal-book, was not procured to be settled and signed by the judge before whom the action was tried, as required by sections 997 and 999 of the Code of Civil Procedure and Rule 35 of General Rules of Practice.

Irving Paine, Respondent, v. Abram T. Kerr, Appellant.— Judgment appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Lewis, J.

Sophia Preston, Appellant, v. Philip Groben, Respondent. — Judgment appealed from affirmed, with costs. Opinion by Dwight, P. J.

Mary Nielson, Respondent, v. Alice Laflin, Appellant. — Judgment appealed from affirmed, with costs. Opinion by Macomber, J.

Nathan Stein and others, Respondents, v. Frederick Maggs and another, Appellants. — Judgment appealed from affirmed on opinion of Adams, J., at Special Term.

The Superintendent of the Poor of the County of Cattaraugus v. The Superintendent of the Poor of the County of Erie. — Judgment ordered for the plaintiff on the submission. Opinion by Macomber, J.

Ira W. Ackley, Executor, etc., Appellant, v. John Ackley, Respondent. — Judgment appealed from affirmed. Opinion by Lewis, J.

William Halter, Appellant, v. John Shaffer, Respondent. — Judgment of County Court of Cattaraugus county appealed from affirmed, with costs. Opinion by Dwight, P. J.

Albertus Richards, Respondent, v. Cyrus D. Angell, Appellant. — Judgment appealed from affirmed. Opinion by Macomber, J.

Esek Page and another, Appellants, v. Albertus Larrowe, Respondent. — Judgment appealed from affirmed, with costs, on opinion of Rumsey, J., and on authority of *Rochester Distilling Company* v. *Ruze* (48 N. Y. St. Rep., 301).

Moravia National Bank, Respondent, v. Groton Iron Bridge Company, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements.

Ada Evoy, Respondent, v. Expressmen's Aid Society, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Henry R. East, Appellant, v. Cayuga Lake Ice Line, Respondent. — Judgment and order of the County Court of Monroe county appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Lewis, J.

Anna Grosser, Respondent, v. the City of Rochester and another, Appellants. Impleaded, etc. — Judgment appealed from affirmed, with costs, on authority of the decision of this court on former appeal. Reported, 60 Hun, 379.

Edwin Smith, Executor, etc., Respondent, v. Mary A. Chase, Appellant, Impleaded, etc. — Judgment of the County Court of Cattaraugus county appealed from affirmed, with costs. Opinion by Lewis, J.

Sophronia King, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant—Judgment and order appealed from affirmed. Opinion by Dwight, P. J.

In the Matter of the Petition of James Matteson for a decree or order granting leave to issue execution against real property of Ira L. Gates. Decree of the surrogate of Cattaraugus county appealed from affirmed, with costs. Opinion by Macomber, J.

Frank B. Martin, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.—Order granting nonsuit affirmed, with costs, and judgment directed for the defendant thereon. Opinion by Lewis, J.

Michael W. Anguish, Appellant, v. Frederick Craft, Respondent.— Judgment and orders appealed from affirmed. Lewis, J., not sitting.

### Motions.

Rochester Distilling Company, v. Asa Razey.— Motion for a reargument denied. Leave to appeal to Court of Appeals granted.

W. Cleveland Allen v. Margaret G. Allen and others. — Motion to modify order of this court so as to provide for compensation to guardian *ad litem* granted, and the amount fixed at $250, besides disbursements payable out of the estate.

In the Matter of the Final Judicial Settlement of Accounts of Bernard McGorray, Executor, etc., of John M. McGorray, Deceased.—Motion to modify order denied.

Sidney B. Roby, Appellant, v. Thomas J. Reynolds, Respondent. — Defendant's motion for a reargument, or for leave to appeal to Court of Appeals, denied.

Catherine Mehegan, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Motion by plaintiff to modify order of this court so as to show that the judgment and order appealed from were reversed on questions of law alone, denied.

Albert G. Smith v. Charles E. Mott.—Reargument granted.

Lawrence Saltsman, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Motion for leave to appeal to the Court of Appeals denied.

### Decisions by Charles C. Dwight, P. J., Loran L. Lewis, Francis A. Macomber and Albert Haight, JJ.

In the Matter of the Probate of the Last Will óf George A. Bartholick, deceased. —Decree of the surrogate of Monroe county appealed from affirmed, with costs to the respondent Kirley, payable out of the estate. Haight. J., not voting.

Frances M. Noble, Respondent, v. Clark D. Knapp, Executor, etc., Appellant — Judgment and order appealed from affirmed, with costs.

Daniel Torpy and another, Appellants, v. Reuben Torpy and others, Respondents. — Judgment appealed from affirmed, with costs.

Edmund C. Whitney and another, Respondents, v. Joseph Davis and others, Appellants. — Order appealed from affirmed, with ten dollars costs and disbursements. Haight, J., not sitting.